**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

April 12, 2016

**VIA ECF**
The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Katzoff v. PCA**
      **15 CV 6307 (SJ) (RML)**

Dear Judge Johnson:

I represent the plaintiff in the above matter.   The parties request that the status conference scheduled for April 14, 2016 be adjourned for the following reasons.  The case was previously assigned to Judge Feuerstein as the civil cover sheet mistakenly set forth that there were grounds to have the matter assigned to a Long Island judge.  Judge Feuerstein's case manager requested that I file an updated civil cover sheet which may have been moot as the matter had already been reassigned to Your Honor.  The defendant has consented to the filing of the amended civil cover sheet.

Second, at the time that Your Honor had scheduled the conference, the defendant had not responded to the complaint within the initial twenty one day period.  Since then, the parties has filed a stipulation extending the time for defendant to respond to the complaint for Your Honor to consider and "so order."

Therefore, the parties submit that all preliminary issues have been resolved so that the parties are in a position to have a conference before Magistrate Judge Levy to discuss discovery and moving the case forward.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Michael D. Slodov, Esq.